UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

                Plaintiff,

-against-

CITY OF NEW YORK (HRA), et al.,

                Defendants.

1:20-CV-0070 (CM)

CIVIL JUDGMENT

    Pursuant to the order issued January 17, 2020, dismissing this action without prejudice,

    IT IS ORDERED, ADJUDGED, AND DECREED that under the November 7, 2019 order in *Frost v. City of New York (HRA)*, ECF 1:19-CV-8936, 6, this action is dismissed without prejudice.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court note service on the docket.

Dated:  January 17, 2020
         New York, New York

                                    COLLEEN McMAHON
                                  Chief United States District Judge